*John A. Boykin, solicitor-general, Durwood T. Pye,* contra.

### 30649. BATTLE *v.* THE STATE.

MacINTYRE, J. 1. The accused was charged with the manufacture of intoxicating liquors. Applying the rule laid down in *Yonce* v. *State*, 154 *Ga.* 419 (114 S. E. 325), and *Flint* v. *State*, 29 *Ga. App.* 222 (114 S. E. 585), both of which were cases of manufacturing intoxicating liquor, to the evidence in the instant case, the verdict was authorized.

2. In the *Yonce* case, the Supreme Court answered a certified question from this court, and laid down a rule which was later embodied in a charge by a trial court, and approved by this court in *Smith* v. *State*, 43 *Ga. App.* 223 (158 S. E. 365). See also *West* v. *State*, 68 *Ga. App.* 56, 62 (22 S. E. 2d, 115). The excerpt from the charge here excepted to is supported by all of the above-cited cases.

3. The evidence authorized a charge on flight, and the charge as given was not subject to any of the objections urged.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED NOVEMBER 16, 1944.

*Loeb C. Ketzky,* for plaintiff in error.

*L. L. Meadors, solicitor-general,* contra.